UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:26-cv-80642-EA

**Elena Kuleshova,**

       Plaintiff,

v.

**Joseph B. Edlow,**
**Et al.,**

       Defendants.

_____/

## ORDER CLOSING CASE

This cause comes before the Court on the plaintiff's notice of voluntary dismissal without prejudice [ECF No. 4]. Therefore, it is **ORDERED AND ADJUDGED**:

1. The complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.

2. This **CASE IS CLOSED**.

3. All pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

    **DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 28th day of July 2026.

_ED ARTAU_ (signature)

ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Anastasiya Sack**
The Law Offices of Anastasiya Sack
6039 Collins Ave.,
PH10
Miami Beach, FL 33140

(305)206-1995
Email: asack@yahoo.com

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov